USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
        :
THE CHARTER OAK FIRE INSURANCE COMPANY, :
        :
        Plaintiff,        :
        :        19-cv-4212 (LJL)
    -v-        :
        :        ORDER
ZURICH AMERICAN INSURANCE COMPANY AND :
SLADE INDUSTRIES, INC.        :
        :
        Defendants.        :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for telephonic oral argument on Defendant's motion for summary judgment (Dkt. No. 26) on April 22, 2020 at 10:30 a.m.

    The parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: April 10, 2020        _____
      New York, New York        LEWIS J. LIMAN
                United States District Judge