UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/27/2020
```

-------------------------------------------------------------------X
:
THE CHARTER OAK FIRE INSURANCE COMPANY, :
:
                          Plaintiff, :
:           19-cv-4212 (LJL)
    -v- :
:            ORDER
ZURICH AMERICAN INSURANCE COMPANY AND :
SLADE INDUSTRIES, INC. :
:
                     Defendants. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that Plaintiff shall submit a proposed final judgment

under Federal Rule of Civil 58 no later than April 30, 2020.

      SO ORDERED.

Dated: April 27, 2020
      New York, New York                    _____
                                        LEWIS J. LIMAN
                              United States District Judge